IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 2 8 2008

Michael N. Milby, Clerk of Court

| | |
|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, § § PLAINTIFF, § § VS. § § § GEORGE R. NEELY, § § DEFENDANT. § | CIVIL ACTION NO. H-08-0569 |

## MOTION TO TRANSFER AND CONSOLIDATE

TO THE HONORABLE JUDGES OF UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

NOW COMES GEORGE R. NEELY, Defendant herein, and files this, Motion To Transfer And Consolidate, and in connection therewith would respectfully state as follows

1.1 Currently pending in Judge Sam Kent's Court is Cause No. H-07-4517, in which it is believed that identical or similar issues are presented for his consideration. In order to avoid conflicting rulings and promote judicial efficiency, Defendant requests that the instant action be transferred to Judge Kent's Court and consolidated with Cause No. H-07-4517.

WHEREFORE, PREMISES CONSIDERED, Defendant pays that the instant action be transferred to Judge Sam Kent's Court and consolidated with or be jointly administered with Cause No.H-07-4517, together with such other and further relief to which Defendant is entitled, whether at law or in equity.

Respectfully submitted,

_____
George R. Neely
State Bar No. 14861750
540 Heights Boulevard
Houston, Texas 77007
1925 FM 723
Rosenberg, Texas 77471
(713) 521-9666 - Telephone
(713) 522-9669 - Telecopier

DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Amended Notice Of Removal was served on opposing counsel of record in accordance with the Federal Rules Of Civil Procedure, this 28th day of February, 2008.

_____
George R. Neely